UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆

**United States of America,**

        **Plaintiff,**

      **-v-**         **1:12-CV-1201 (NAM/TWD)**

**Theresa Felt,**

        **Defendant.**

◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆

APPEARANCES:

Meggesto, Crossett & Valerino, LLP
Gary J. Valerino, Esq., of counsel
313 East Willow Street
Suite 201
Syracuse, New York 13203
Attorney for Plaintiff

**Hon. Norman A. Mordue, U.S. District Judge:**

## MEMORANDUM-DECISION AND ORDER

The United States of America moves (Dkt. No. 6) for default judgment in this action to recover monies owed by defendant on a student loan. On November 27, 2012, the Government obtained a Clerk's Entry of Default (Dkt. No. 5). The complaint (Dkt. No. 1), attorney affidavit, and the certificate of indebtedness establish the amount due and defendant's nonpayment. Plaintiff has demonstrated its entitlement to the relief sought.

  The record shows that on defendant is indebted to plaintiff in the principal sum of $4,928.47, plus interest through December 27, 2012 in the sum of $2,055.67 for a total of $6,984.14.

It is therefore

ORDERED that plaintiff have default judgment against defendant for the sum of $6,984.14.

IT IS SO ORDERED.

Date: February 19, 2013
Syracuse, New York

_____
Honorable Norman A. Mordue
U.S. District Judge